**FILED**

JAN 0 9 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

1:09 SW 00003 GSA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: <br><br> 2510 Talon, Apartment B <br> Lemoore, CA 93245 | S.W. NO. <br><br> **UNDER SEAL** <br><br> ORDER SEALING SEARCH WARRANT DOCUMENTS <br><br> **SEALED** |

The United States of America, having applied to this Court, for an Order permitting it to file the search warrant, application, and affidavit in the above-entitled proceedings, together with its Application to Seal, Memorandum of Points and Authorities and the accompanying Declaration of Sheila K. Oberto, under seal, and good cause appearing therefor,

IT IS HEREBY ORDERED that the search warrant and affidavit in the above-entitled proceeding, together with the Application To Seal and the accompanying Memorandum of Points and Authorities and Declaration of Sheila K. Oberto, shall be filed with the Court *in camera*, under *seal* and shall not be disclosed pending further order of this court.

DATED: 1/9/09

_____
HONORABLE
United States Magistrate Judge

4