1    LAWRENCE G. BROWN
     Acting United States Attorney
2    SHEILA K. OBERTO
     Assistant U.S. Attorney
3    2500 Tulare Street
     Suite 4401
4    Fresno, California 93721
     Telephone: (559) 497-4000



FILED

MAY 1 3 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF: | 1:09 S.W. NO. 00003 GSA |
| 2510 Talon, Apartment B<br>Lemoore, CA 93245, | ORDER GRANTING GOVERNMENT'S<br>MOTION TO UNSEAL SEARCH<br>WARRANT AFFIDAVIT and<br>WARRANT |

The search warrant affidavit in this case having been sealed by Order of this Court on January 9, 2009, and it appearing that the affidavit and warrant is not required to remain secret based upon the motion submitted by the government,

IT IS HEREBY ORDERED that the search warrant affidavit and warrant be unsealed and made public record.

DATED: 5/13/09

UNITED STATES MAGISTRATE JUDGE
SM SNYDER

1